**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gabriela Melendez,<br><br>       Plaintiff(s),<br><br>v.<br><br>Humboldt General Hospital, et al.,<br><br>       Defendant(s). | Case No. 2:25-cv-02429-RFB-EJY<br><br>**Order** |

Given the recommendation that this case be transferred to the unofficial northern division of the District, Docket No. 18, the undersigned declines to set an early neutral evaluation at this juncture, *see* Local Rule 16-6(c) ("The evaluating magistrate judge has final authority to . . . exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable"). The parties may file a request for an early neutral evaluation following resolution of the venue issue.

IT IS SO ORDERED.

Dated: April 8, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1