**ALICE CAMPOS MERCADO, ESQ.**
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
601 Sierra Rose Drive, Suite 202
Reno, Nevada 89511
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendants Humboldt County*
*Hospital District dba Humboldt General Hospital;*
*Humboldt County Hospital District Board of*
*Trustees; Robyn Dunckhorst; Angela Giese;*
*Clarissa Vincent; and Brian Washburn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELA MELENDEZ,<br><br>          Plaintiff,<br><br>  vs.<br><br>HUMBOLDT GENERAL HOSPITAL DISTRICT; HUMBOLDT GENERAL HOSPITAL DISTRICT BOARD OF TRUSTEES; ROBYN DUNCKHORST, in her individual and official capacities; ANGELA GIESE, in her individual and official capacities; BRIAN WASHBURN, in his individual and official capacities; CLARISSA VINCENT, in her individual and official capacities; etc., et al.,<br><br>          Defendants. | **CASE NO. 3:26-CV-00259-MMD-CSD**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINES TO FILE OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND REPLY THERETO; AND ORDER THEREON (First Request)** |

Pursuant to LR II 26-3, Plaintiff GABRIELLA MELENDEZ and Defendants HUMBOLDT COUNTY HOSPITAL DISTRICT DBA HUMBOLDT GENERAL HOSPITAL, HUMBOLDT COUNTY HOSPITAL DISTRICT BOARD OF TRUSTEES, ROBYN DUNCKHORST, ANGELA GIESE; CLARISSA VINCENT, and BRIAN WASHBURN, hereby stipulate to extend the existing deadlines associated with Defendants' pending Motion to Dismiss the First Amended Complaint (ECF No. 55) as follows:

Plaintiff shall have up to and including June 18, 2026 to file and serve her opposition to Defendants' Motion to Dismiss the First Amended Complaint, and Defendants shall have up to and including July 2, 2026 to file and serve their reply.

LEMONS, GRUNDY & EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

1

Good cause exists for this request as follows. On May 4, 2026, Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint with 10 exhibits (ECF No. 55). Plaintiff's response is currently due May 18, 2026. On May 5, 2026, the Court issued its *Klingele/Rand* notice (ECF No. 56), confirming that Defendants' submission of extrinsic materials implicates potential Rule 12(d) conversion. Plaintiff must draft a comprehensive opposition analyzing the exhibits and addressing all legal arguments of eight federal and state claims, and cannot reasonably do so within fourteen days. Plaintiff is proceeding without counsel and faces three simultaneous, court-ordered obligations that overlap with the current May 18, 2026 response deadline, namely, the Joint Case Management Report and Proposed Discovery Plan, due May 29, 2026; the Case Management Conference of June 5, 2026, which will require preparation and substantive readiness to address all scheduling and discovery matters; and the Early Neutral Evaluation, to be held July 17, 2026, with a Confidential Mediation Statement due by July 10, 2026 (ECF No. 39). ENE preparation requires Plaintiff to compute and substantiate damages across all eight claims and prepare a comprehensive settlement position. Plaintiff is pro se and reasonably requires additional time to respond to Defendants' Motion to Dismiss.

The parties believe consensually resolving this issue will avoid the unnecessary use of judicial resources. This is the parties' first stipulation to extend the deadlines addressed herein. The purpose of this Stipulation is not to cause any undue delay or any other improper purpose.

**IT IS SO STIPULATED.**

DATED: May 8, 2026

/s/ Gabriella Melendez
GABRIELLA MELENDEZ
*Pro Se Plaintiff*

DATED: May 8, 2026
LEMONS, GRUNDY & EISENBERG

By: /s/ Alice Campos Mercado
ALICE CAMPOS MERCADO
*Attorneys for Defendants*

**IT IS SO ORDERED:**

HON. MIRANDA DU
UNITED STATES DISTRICT JUDGE

DATED: _____May 11, 2026_____

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

2