**ALICE CAMPOS MERCADO, ESQ**.
Nevada Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
601 Sierra Rose Drive, Suite 202
Reno, Nevada 89511
(775) 786-6868; (775) 786-9716 (fax)
acm@lge.net

*Attorneys for Defendants Humboldt County*
*Hospital District dba Humboldt General Hospital;*
*Humboldt County Hospital District Board of*
*Trustees; Robyn Dunckhorst; Angela Giese;*
*Clarissa Vincent; and Brian Washburn*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIELA MELENDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBOLDT GENERAL HOSPITAL DISTRICT; HUMBOLDT GENERAL HOSPITAL DISTRICT BOARD OF TRUSTEES; ROBYN DUNCKHORST, in her individual and official capacities; ANGELA GIESE, in her individual and official capacities; BRIAN WASHBURN, in his individual and official capacities; CLARISSA VINCENT, in her individual and official capacities; etc., et al.,<br><br>Defendants. | **CASE NO. 3:26-CV-00259-MMD-CSD**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS' TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT; AND ORDER THEREON (Second Request)** |

Pursuant to LR II 26-3, Plaintiff GABRIELA MELENDEZ and Defendants HUMBOLDT COUNTY HOSPITAL DISTRICT DBA HUMBOLDT GENERAL HOSPITAL, HUMBOLDT COUNTY HOSPITAL DISTRICT BOARD OF TRUSTEES, ROBYN DUNCKHORST, ANGELA GIESE; CLARISSA VINCENT, and BRIAN WASHBURN, hereby stipulate to extend the time by which defendants must file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the First Amended Complaint from July 2, 2026 to July 6, 2026.

Good cause exists for this request as follows. On May 4, 2026, defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint with 10 exhibits (ECF No. 55). The parties entered into a stipulation to extend the deadlines associated with defendants' Motion to

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

1

Dismiss providing for plaintiff to file her opposition on June 18, 2026, and defendants to file their reply by July 2, 2026. The court approved the stipulation. *See ECF No. 58.*

On June 18, 2026, plaintiff filed "Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint for Failure to State a Claim; Opposition to Conversion to Motion for Summary Judgment; and Statement of Genuine Disputes of Material Fact." *ECF No. 62.* Evidently due to electronic filing issues, on June 22, 2026 plaintiff filed another document of the same title, but with multiple exhibits (A through P). *ECF No. 64.* The second "opposition" does not appear to be the same document. In addition to the exhibits, the document has smaller font and narrower spacing. *Id.* On June 30, 2026, as defendants were preparing their reply to the second version of plaintiff's opposition, defendants received a CM/ECF notification of a third "Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint for Failure to State a Claim; Opposition to Conversion to Motion for Summary Judgment; and Statement of Genuine Disputes of Material Fact" with a filing date of "06/25/26." *ECF No. 70.*

Defendants require additional time to clarify the confusion caused by the multiple filings and compare all versions of Plaintiff's Opposition to Defendants' Motion to Dismiss to ensure they reply to all arguments asserted in all oppositions, as it is unknown whether the three versions contain different or varied arguments. Defendants thus request a brief extension to July 6, 2026, to file their reply. This is the parties' second stipulation to extend the reply deadline. The purpose of this stipulation is not to cause undue delay or for any other improper purpose.

**IT IS SO STIPULATED.**

DATED: July 1, 2026

/s/ *Gabriela Melendez*
GABRIELA MELENDEZ
*Pro Se Plaintiff*

DATED: July 1, 2026
LEMONS, GRUNDY & EISENBERG

By: /s/ *Alice Campos Mercado*
ALICE CAMPOS MERCADO
*Attorneys for Defendants*

**IT IS SO ORDERED:**

HON. MIRANDA DU
UNITED STATES DISTRICT JUDGE

DATED: _____ July 1, 2026 _____

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
601 SIERRA ROSE DRIVE
SUITE 202
RENO, NV 89511
(775) 786-6868

2