**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GABRIELA MELENDEZ,

Plaintiff

v.

HUMBOLDT GENERAL HOSPITAL, et al.,

Defendants

Case No.: 3:26-cv-00259-MMD-CSD

**Order**

Re: ECF No. 71

Plaintiff has filed a motion for protective order permitting her deposition to be taken by remote means. (ECF No. 71.) Defendants filed a response. (ECF No. 75.) Plaintiff filed a reply. (ECF No. 76.) Plaintiff provides a letter from her treating physician dated June 11, 2026, stating that Plaintiff was scheduled for surgery on July 1, 2026, and she is not medically cleared to travel due to potential risks to her health until further notice. She seeks an order providing that her deposition be taken by remote videoconference rather than in person.

Plaintiff's motion (ECF No. 71) is **DENIED** as premature. According to Defendants, they have not yet noticed Plaintiff's deposition. Moreover, under the court's Civil Standing Order, Plaintiff is required to meet and confer prior to filing a discovery motion, and she did not do so before filing this motion. Plaintiff may meet and confer with Defendants regarding the scheduling of her deposition, and only after meeting and conferring to attempt to resolve the issue without court intervention may Plaintiff raise the issue in a motion.

**IT IS SO ORDERED**.

Dated: August 31, 2026

Craig S. Denney
United States Magistrate Judge